IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JESSE VIZCAINO JR., | ) CIVIL NO. 08-00445 DAE-KSC |
| | ) |
| Petitioner, | ) FINDINGS AND RECOMMENDATION TO |
| | ) DISMISS CASE WITHOUT PREJUDICE |
| vs. | ) |
| | ) |
| ESCALON PREMIER BRANDS et al., | ) |
| Defendants, | ) |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES CONGRESS, | ) |
| | ) |
| Respondent. | ) |
| | ) |

FINDINGS AND RECOMMENDATION TO
DISMISS CASE WITHOUT PREJUDICE

On February 19, 2009, *pro se* Plaintiff Jesse Vizcanio Jr. ("Plaintiff") failed to appear at the Rule 16 Scheduling Conference, in violation of Rule 16.2(a) of the Local Rules of Practice of the United States District Court for the District of Hawaii ("Local Rules").  On February 23, 2009, the Court issued an Order to Show Cause ("OSC"), wherein the Court ordered Plaintiff to appear on March 19, 2009, to show cause why sanctions should not be imposed for his failure to serve the Complaint, his failure to file a Rule 16 Scheduling Conference Statement, and for failure to appear at the Rule 16 Scheduling Conference.  The Court further warned Plaintiff that his failure

to comply with the Local Rules could result in the imposition of sanctions, including but not limited to dismissal.

On March 19, 2009, Plaintiff failed to appear for the OSC hearing.  There being no appearance, communication, or objection by Plaintiff, the Court HEREBY FINDS and RECOMMENDS that the district court DISMISS the case WITHOUT PREJUDICE.

IT IS SO FOUND AND RECOMMENDED.

Dated:  Honolulu, Hawaii, March 24, 2009.



_____
Kevin S.C. Chang
United States Magistrate Judge

CIVIL NO. 08-00445 DAE-KSC; <u>VIZCAINO V. ESCALON PREMIER BRANDS ET AL.</u>; FINDINGS AND RECOMMENDATION TO DISMISS CASE WITHOUT PREJUDICE